UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: 26-4035

Case Title: George McIntyre vs. Little Miami School District, et al.

List all clients you represent in this appeal:

Little Miami School District; David Wallace, in his official capacity as President of the Little Miami School Board

☐ Appellant
☑ Appellee
☐ Petitioner
☐ Respondent
☐ Amicus Curiae
☐ Intervenor
☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

---

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Omar Tarazi (0084165) Signature: s/**Omar Tarazi**

Firm Name: Tarazi Law

Business Address: 5635 Sandbrook Lane

City/State/Zip: Hilliard, Ohio 43026

Telephone Number (Area Code): (614) 226-2823

Email Address: otarazi@tarazilaw.com

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.