OFFICE OF THE CIRCUIT MEDIATORS
**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
**331 POTTER STEWART U.S. COURTHOUSE**
**100 EAST FIFTH STREET**
**CINCINNATI, OHIO 45202-3988**
CA06-MEDIATION@CA6.USCOURTS.GOV

CATHERINE C. GEYER
*Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

TELEPHONE (513) 564-7330
FAX (513) 564-7349

November 17, 2026

Joshua Adam Engel
Omar Tarazi

Re: *George McIntyre v. Little Miami School District, et al,* CA No. 26-4035

**NOTICE OF RESCHEDULED MEDIATION CONFERENCE**

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the mediation conference previously set for December 15, 2026, has been rescheduled for **January 4, 2027** at **2:00 PM EASTERN TIME** with John Minter. **A conference invitation will be provided to counsel.**

Sincerely,

Connie A. Weiskittel

Connie A. Weiskittel
Mediation Administrator

cc: John A. Minter

**NOTE: The Confidential Mediation Background Information Forms are now due December 28, 2026, if not already submitted.**